# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3553
LT Case No.  2023-SC-002136

_____

HEIDI HOLDRIDGE and RICHARD
HOLDRIDGE,

     Appellants,

v.

IMTIAZ MOHAMMED,

     Appellee.

_____

On Appeal from the County Court for Marion County.
Lori Cotton, Judge.

Heidi Holdridge and Richard Holdridge, Lake City, pro se.

No Appearance for Appellee.

April 9, 2024

PER CURIAM.

     AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————